# Court of Appeals
# of the State of Georgia

ATLANTA, __February 07, 2020__

*The Court of Appeals hereby passes the following order:*

**A20A0989. IN RE ESTATE OF RODNEY CLARK FEIK.**

Upon consideration of Appellant's Notice of Death and Request to Dismiss Appeal, the appeal in the above-styled case is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__02/07/2020__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*